IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| CF TRAVERSE, LLC, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 19-1419-RGA |
| AMPRIUS, INC., | : | |
| Defendant. | : | |

**ORDER TRANSFERRING CASE**

For the reasons stated in open court, this __6__ day of January 2020, IT IS HEREBY ORDERED that:

1. Defendant's motion to dismiss for failure to state a claim (D.I. 11) is **DISMISSED** without prejudice to refiling;

2. Defendant's motion to transfer venue (D.I. 11) is **GRANTED**; and

3. The case is **TRANSFERRED** to the United States District Court for the Northern District of California.

/s/ Richard G. Andrews
United States District Judge