Christopher A. Seidl (*pro hac vice* to be filed)
CSeidl@RobinsKaplan.com
William E. Manske (*pro hac vice* to be filed)
WManske@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Bryan J. Vogel (*pro hac vice* to be filed)
BVogel@RobinsKaplan.com
Derrick J. Carman (*pro hac vice* to be filed)
DCarman@RobinsKaplan.com
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022-4690
(212) 980-7400

Li Zhu (Bar No. 302210)
LZhu@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040

Attorneys for Plaintiff CF Traverse, LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| CF TRAVERSE, LLC,<br><br>PLAINTIFF,<br><br>V.<br><br>AMPRIUS, INC.,<br><br>DEFENDANTS. | Case No. 3:20-cv-00484-JSC<br><br>**PARTIES' STIPULATION AND PROPOSAL FOLLOWING TRANSFER TO THE NORTHERN DISTRICT OF CALIFORNIA** |

Pursuant to Fed. R. Civ. P. 15(a)(2) and Civil Local Rule 6-1(a), Plaintiff CF Traverse LLC and Defendant Amprius Inc., parties to the above-titled action (collectively, the "Parties") hereby stipulate and agree as set forth below.

## STIPULATION

WHEREAS, this cased was transferred from the District of Delaware and opened on January 22, 2020, in the Northern District of California as Case 3:20-cv-00484-JSC;

WHEREAS, Plaintiff has informed Defendant that it intends to amend the Complaint, and the Parties STIPULATE AND AGREE that Plaintiff will file an Amended Complaint on or before February 5, 2020, pursuant to Fed. R. Civ. P. 15(a)(2);

WHEREAS, Defendant requires time to study the Amended Complaint before responding. The Parties therefore STIPULATE AND AGREE to extend the deadline for Defendant to respond to the Amended Complaint to February 26, 2020, pursuant to Local Rule 6-1(a);

WHEREAS, there has not been a previous time modification since the case was opened in the Northern District of California;

WHEREAS, the proposed extension will not alter the date of any event or any deadline already fixed by Court order;

WHEREAS, the Parties respectfully request that the Order Setting Initial Case Management Conference and ADR Deadlines (D.I. 27) be vacated insofar as it set deadlines that predate the date this case was opened.

THEREFORE, the Parties stipulate and agree that Plaintiff's deadline to file the Amended Complaint will be on February 5, 2020 and Defendant's deadline to respond will be February 26, 2020.

**IT IS SO STIPULATED.**

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

PARTIES' STIPULATION AND PROPOSAL FOLLOWING
TRANFER TO THE NORTHERN DISTRICT OF CALIFORNIA
CASE NO. 3:20-CV-00484-JSC

1

ROBINS KAPLAN LLP
ATTORNEYS AT LAW
MOUNTAIN VIEW

| | |
|---|---|
| 1 | DATED: January 29, 2020 |

Respectfully submitted,

By: */s/ Li Zhu* _____
Christopher A. Seidl (*pro hac vice* to be filed)
CSeidl@RobinsKaplan.com
William E. Manske (*pro hac vice* to be filed)
WManske@RobinsKaplan.com
**ROBINS KAPLAN LLP**
800 LaSalle Avenue Suite 2800
Minneapolis, MN 55402
(612) 349-8500

Bryan J. Vogel (*pro hac vice* to be filed)
BVogel@RobinsKaplan.com
Derrick J. Carman (*pro hac vice* to be filed)
DCarman@RobinsKaplan.com
**ROBINS KAPLAN LLP**
399 Park Avenue, Suite 3600
New York, NY 10022-4690
(212) 980-7400

Li Zhu (Bar No. 302210)
LZhu@RobinsKaplan.com
**ROBINS KAPLAN LLP**
2440 W El Camino Real, Suite 100
Mountain View, CA 94040
(650) 784-4040

**ATTORNEYS FOR PLAINTIFF
CF TRAVERSE, LLC**

By: */s/ Vera Elson* _____
Vera Elson (Bar No. 156327)
VElson@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
650 Page Mill Road
Palo Alto, CA 94304
650-493-9300

Talin Gordnia (Bar No. 274213)
TGordnia@wsgr.com
**WILSON SONSINI GOODRICH & ROSATI, P.C.**
633 West Fifth Street, Suite 1550
Los Angeles, CA 90071
323-210-2900

**ATTORNEYS FOR DEFENDANT AMPRIUS INC.**

**FILERS ATTESTATION**

I, Li Zhu, am the ECF user whose ID and password are being used to file this Stipulated Request for Order Changing Time. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that concurrence in the filing of this document has been obtained from each of the other Signatories.

DATED: January 29, 2020         /s/ Li Zhu
                                Li Zhu